# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

ROGER JONES, on his own behalf and )
on behalf of all others similarly situated, )
)
        Plaintiff, )
) Case No.: 20-cv-03143-SRB
v. )
)
BROSNAN RISK CONSULTANTS, LTD., )
)
        Defendant. )

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's Unopposed Motion for Settlement Approval (Doc. #42) is GRANTED. As all matters in this action have been settled and resolved, it is FURTHER ORDERED that this case be dismissed with prejudice.

| | |
|---|---|
| November 23, 2020 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracey L. Richard |
| | (by) Deputy Clerk |